# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

UNITED STATES OF AMERICA
      Plaintiff

v.               Case No.: 5:18–po–02379
               Magistrate Judge Diana Song Quiroga

Jose Ramon Hernandez–Reyes
      Defendant

## JUDGMENT

On **April 19, 2018**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 30 days confinement.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **April 19, 2018**.

*[signature: Diana Song Quiroga]*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE